IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR180 |
| | ) | |
| vs. | ) | |
| | ) | |
| TAKEISHA HILL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on defendant's Unopposed Motion to Continue Trial [22].  Counsel needs additional time to consider and discuss resolution of her case with the government, review the evidence in more detail, and/or prepare for trial.  For good cause shown,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [22] is granted, as follows:

1. The jury trial now set for January 18, 2022, is continued to **March 1, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 1, 2022** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

    **DATED:  December 29, 2021.**

    BY THE COURT:

    s/ Susan M. Bazis
    United States Magistrate Judge